UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**GRACE VALENTIN,**

        **Plaintiff,**

v.                                     Case No: 6:13-cv-969-Orl-18DAB

**FLORIDA BLOOD CENTER,**

        **Defendant.**

_____

## ORDER

The case was referred to the United States Magistrate Judge for report and recommendation on Plaintiff's Motion for Leave to Proceed *In Forma Pauperis* (Doc. No. 2). The Court having reviewed the report and recommendation of the magistrate judge and the objection filed by the plaintiff (Doc. 4), it is hereby

**ORDERED** that the report and recommendation of the magistrate judge is hereby **APPROVED**. The motion is **DENIED**. Plaintiff has fourteen (14) days from the date of this order to pay the required filing fee, otherwise this case will be dismissed. Clerk of the Court is directed to send a copy of this order to the plaintiff by certified mail.

**DONE AND ORDERED** at Orlando, Florida, this _11_ day of July, 2013.

                                              G. KENDALL SHARP
                                  SENIOR UNITED STATES DISTRICT JUDGE

Copies to:
Grace Valentin
5200 Lima Place
Orlando, Fl 32807